**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/13/2020

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 27, 2020

VIA ECF
The Honorable Andrew Carter
United States District Judge - Southern District of New York
40 Foley Square
New York, New York 10007

Re:     United States v. Willie Mae Cooks, 18 CR 695 (ALC)

Dear Judge Carter:

In consultation with Ms. Cooks's Probation Officer, we write to request early termination of her term of probation.

On March 11, 2019, the Court sentenced Ms. Cooks to a term of probation of 2 years. Ms. Cooks has successfully completed a little over one year of probation. She is supervised in the Southern District of New York. Unfortunately, Ms. Cooks has been evicted from her apartment and can no longer reside within the Southern District. Luckily, she has family in Albany and intends to move there. To expedite her move and in recognition of her positive performance on probation this last year, Ms. Cooks's Probation Officer has asked me to move for early termination of her Probation.

Section 3564(c) of Title 18 provides that the "[t]he court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may … terminate a term of probation previously ordered and discharge the defendant … at any time after the expiration of one year of probation …, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." Pursuant to this provision, we respectfully ask the Court to terminate Ms. Cooks's probation.

Respectfully submitted,

/s/ Julia Gatto
Julia L. Gatto, Esq., Assistant Federal Defender
Tel.: (212) 417-8750

cc:     U.S.P.O. Shawnte Lorick (via email)

The application is **GRANTED.**
Dated: 4/13/2020

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE